IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

MINUTE SHEET

**UNITED STATES OF AMERICA**        Date:   July 26, 2016

vs.                                 Case No.: 2:15-CR-4014-BCW-1

**SHELLIE RENEE STUCKER**

**Honorable Brian C. Wimes, presiding at Jefferson City, Missouri**

**Nature of Hearing:** Sentencing

**Time Commenced: 10:02 am**              **Time Terminated: 10:23 am**

APPEARANCES

**Plaintiff's counsel:** Lauren Kummerer
**Defendant's counsel:** Chris Hayes, CJA
**Probation officer:** Jeremy Thomas

**PROCEEDINGS IN COURTROOM:** Above parties present. Court adopts Report and Recommendation on Plea of Guilty (Doc #22). Court grants motion to withdraw (Doc #31). There are no objections to the Presentence Report and Court adopts P.S.I.R. without change. Court asserts statutory guidelines. Counsel makes sentence recommendations. Defendant accorded allocution.

**SENTENCE:** Defendant committed to the custody of the BOP for a period of 96 months on Count 1 of the Superseding Information and 96 months on Count 2 of the Superseding Information to run concurrent, these terms shall run consecutive to State Court Case Number 12BA-CR04957; followed by 3 years supervised release on Count 1 of the Superseding Information and 5 years on Count 2 of the Superseding Information to run concurrently. FINE: $50.00; MSA: $200. No restitution ordered. Dft advised of right to appeal. All remaining counts dismissed upon motion by the Government.

**Court Reporter:** Denise Halasey
**Courtroom Deputy:** Carrie James